## MORRELL *against* NEAR.

### *Certiorari from a Justice's Court.*

The justice     In this case, one objection to the proceedings, in the
may, without
consent of par- Court below, was, that the trial was had at a *place* different
ties,   adjourn from that at which the summons was returnable ; though the
to a conven-
ient place, dif- process was returned, and the parties appeared at the time
ferent    from
that at which and place of return, and accompanied the Justice to the
the process is place of trial :   and *Case* v. *Van Ness*,(a) and *Stewart* v.
returnable, it
having   been *Meigs*,(b) were relied upon, in support of the objection.
returned, and
both    parties
appearing      *Flandrau & Morrison*, for the plaintiff in error.
there.
And if the
parties accom- *Sherwood & Bronson*, for the defendant.
pany the jus-
tice,   without   *Per Curiam.* The process having been returned, at the place
objection, it is
equivalent to where it was returnable, and both parties appearing there, the
a consent to Justice had a right to adjourn the trial of the cause to any oth-
the adjourn-
ment.

(a) 1 *John. Cas.* 243.                    (b) 12 *John. Rep.* 417.

er convenient place, without the consent of the parties. But, in this case, the parties did assent, by not objecting, and by accompanying the Justice. The authorities relied upon are very different from this case. In *Case* v. *Van Ness*, it did not appear where the Court was held, and the judgment was by default. The Court would not intend that the trial was at the place where the process was returnable. If not, then the defendant may have appeared in pursuance of the process. In *Stewart* v. *Meigs*, the process was returned and the trial had, at a place different from that mentioned in the process, though the defendant did not appear.